**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

_____
APL MICROSCOPIC, INC.,   )
                                                  )
                                                  )
Plaintiff,   )
                                                  )   Civil Action No. 6:15-cv-01170-PGB-GJK
v.   )
                                                  )
MARK PINSKY, MEDICAL   )
ASSOCIATES OF BREVARD, LLC, and   )
MAVERICK MULTIMEDIA, INC.,   )
                                                  )
Defendants.   )
_____)

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

       Defendants, Mark Pinsky and Medical Associates of Brevard, LLC request a thirty (30) day extension of time to and including September 16, 2015 to respond to the Complaint. This is the first request for an extension and Plaintiff does not oppose.

Dated: August 13, 2015

                                                  */s/ Woodrow H. Pollack*
                                                  Woodrow H. Pollack
                                                  Florida Bar No.: 26802
                                                  GRAY ROBINSON, P.A.
                                                  401 E. Jackson Street, Suite 2700
                                                  Tampa, FL 33602
                                                  (813) 273-5000
                                                  (813) 273-5415 (facsimile)
                                                  woodrow.pollack@gray-robinson.com

                                                  *Attorney for Defendants, Mark Pinsky and*
                                                  *Medical Associates of Brevard, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on <u>August 13, 2015</u> a true and correct copy of the foregoing was file electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              */s/ Woodrow H. Pollack*
                                              Woodrow H. Pollack